UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SCHMEIL LUNGER, | ) | CASE NO. 5: 15 CV 48 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ESCALLATE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. McHargh. The Report and Recommendation (ECF # 17), issued on December 15, 2015, is hereby ADOPTED by this Court. The Magistrate Judge recommends that the Defendant's Motion for Summary Judgment on all claims asserted against it be granted. The Plaintiff has not filed any objections to the Report and Recommendation.

The Court has reviewed de novo the Report and Recommendation, see *Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS it in its entirety. Defendant's Motion for Summary Judgment (ECF # 14) is granted. Judgment is entered in favor of Defendant Escallate, LLC on Plaintiff's complaint. This action is terminated.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: March 15, 2016